No. 02–10649.  RUBY v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 02–10654.  PHILOGENE v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 02–10656.  BARBER v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 02–10660.  CASTILLO v. UNITED STATES; JESSE v. UNITED STATES; MCNEAL v. UNITED STATES; NAGEL v. UNITED STATES; RIVERA v. UNITED STATES; SHERIDAN v. UNITED STATES; and THOMAS v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 02–10664.  ZHANG AI PING, AKA AH GOW v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 02–10667.  TARIN-MENDOZA v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 02–10669.  AYALA-BERMUDES, AKA AYALA v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 02–10671.  DE LA GARZA v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 02–10677.  MUNOZ-MOSQUERA v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 02–10680.  BYRD v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 02–10682.  THOMAS v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 02–10686.  HENDERSON v. UNITED STATES.  C. A. 1st Cir. Certiorari denied.

No. 02–10687.  HANNAH v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.